650 A.2d 405

**COMMONWEALTH of Pennsylvania**

v.

**Earl W. HAMILL, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 12, 1994.

### ORDER

PER CURIAM:

AND NOW, this 12th day of October, 1994, the petition for allowance of appeal in this matter is Granted, and the case is remanded to the trial court for a determination of the amount of restitution. See, *Commonwealth v. Harner*, 533 Pa. 14, 617 A.2d 702 (1992); 18 Pa.C.S.A. § 1106(a), (c).

MONTEMURO, J., is sitting by designation.